[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



*Defendants*

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Yashua Shannreff

_____

_____

(Name of the plaintiff or plaintiffs)

v.

Red Roof Inn-Plus.
Chicago-Willowbrook and
Tasha Clark, General Manager

(Name of the defendant or defendants)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**RECEIVED**

MAR 13 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CIVIL ACTION

1:20-cv-01781
Judge Virginia M. Kendall
Magistrate Judge Beth W. Jantz

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1.  This is an action for employment discrimination.

2.  The plaintiff is ___Yashua  Shannreff___ of the
county of ___Will___ in the state of ___ILLINOIS___ .

3.  The defendant is ___Red Roof Inn-Plus and Tasha Clark, General Manager___ , whose
street address is ___7535 Kingery Hwy IL-83___ ,
(city)___Willowbrook___(county)___Dupage___ (state)___IL___(ZIP)___60527___
(Defendant's telephone number) ___(630)___ – ___323-8811___

4.  The plaintiff sought employment or was employed by the defendant at (street address)
___7535 Kingery Hwy (IL-83)___(city) ___Willowbrook___
(county)___Dupage___ (state) ___IL___ (ZIP code) ___60527___

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month)_____, (day)_____, (year)_____.

7.1 **(Choose paragraph 7.1 or 7.2, do not complete both.)**

(a) The defendant is not a federal governmental agency, and the plaintiff [*check*

*one box*] ☐ *has not*, ☒ *has* filed a charge or charges against the defendant

asserting the acts of discrimination indicated in this complaint with any of the following

government agencies:

(i) ☒ the United States Equal Employment Opportunity Commission, on or about

(month)_January_ (day)_03_ (year)_2020_.

(ii) ☐ the Illinois Department of Human Rights, on or about

(month)_____ (day)_____ (year)_____.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the

defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐     Yes (month)_____ (day)_____ (year) _____

☐     No, did not file Complaint of Employment Discrimination

(b)     The plaintiff received a Final Agency Decision on (month)_____ (day) _____ (year) _____.

(c)     Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES     ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES     ☐ NO, but a copy will be filed within 14 days.

8.     *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐     the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒     the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) January (day) 3rd (year) 2020 a copy of which *Notice* is attached to this complaint.

9.     The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐     Age (Age Discrimination Employment Act).

(b) ☒     Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c)☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d)☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e)☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f)☐ Religion (Title VII of the Civil Rights Act of 1964)

(g)☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a)☐ failed to hire the plaintiff.

(b)☒ terminated the plaintiff's employment.

(c)☐ failed to promote the plaintiff.

(d)☐ failed to reasonably accommodate the plaintiff's religion.

(e)☐ failed to reasonably accommodate the plaintiff's disabilities.

(f)☒ failed to stop harassment;

(g)☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h)☐ other (specify):_____

_____

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Defendants were sent by Certified mail, a legal demand letter, which is attached to Court's Copy of this complaint.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒ Direct the defendant to (specify): Compensate the Plaintiff $850,000 for any +all damages

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_____

(Plaintiff's name)

_____

(Plaintiff's street address)

_____

_____

(City)_____ (State)____ (ZIP)_____

(Plaintiff's telephone number) (___) – _____

Date: _____

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>440-2020-01682 |
| --- | --- | --- |

| ILLINOIS DEPARTMENT OF HUMAN RIGHTS | and EEOC |
| --- | --- |
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>MR. YASHUA C SHARRIEFF | Home Phone<br>**(815) 280-8129** | Year of Birth |
| --- | --- | --- |

| Street Address | City, State and ZIP Code |
| --- | --- |
| 5 LOUIS ROAD, JOLIET, IL 60432 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>RED ROOF INN-PLUS | No. Employees, Members<br>15 - 100 | Phone No.<br>**(630) 323-8811** |
| --- | --- | --- |

| Street Address | City, State and ZIP Code |
| --- | --- |
| 7535 KINGERY HYW, WILLOWBROOK, IL 60527 | |

| Name | No. Employees, Members | Phone No. |
| --- | --- | --- |
| | | |

| Street Address | City, State and ZIP Code |
| --- | --- |
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN

☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **08-08-2018** Latest **08-31-2019**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by Respondent on or about August 8, 2018 in the Maintenance department. During my employment, I was subjected to unequal work assignments and racial comments. I complained to Respondent to no avail. Subsequently, I was discharged.

I believe I have been discriminated against because of my race, Black, national origin, Ethiopian, and in retaliation for engaging in perfected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| --- | --- |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Yashua Sharrieff on 01-03-2020 04:34 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

## STATE OF ILLINOIS
# <u>CERTIFIED LEGAL DEMAND LETTER</u>

Sent Certified Mail

From: Yashua Sharrieff, 5 Louis Road Joliet, IL. 60435 email:ysharrieff@gmail.com (815)280-8129

To: RED ROOF INN-PLUS 7335 KINGERY HWY, WILLOWBROOK, ILLINOIS 60444

In care of RRI Human Resources, Darrell Garner (Regional Manager), and Tasha Clark (General Manager).

Dear Red Roof Inns Human Resource Department, Regional Manager, and the General Manager of the Red Roof Inn-Plus Chicago-Willowbrook. This is a CERTIFIED LEGAL DEMAND LETTER that will serve as the legal direction of parties to proceed henceforth, to bring resolve any and all allegations and claims related to my employment. There are other evidences of documents and communications via text messages, and recorded phone conversations that will be used in court, in full support of the allegations and claims set forth.

### <u>YASHUA SHARRIEFF'S ALLEGATIONS AND CLAIMS</u>

Listed below are some issues but are not limited to the following:

1. **Discrimination:** On or about August 13th 2019, me and Mr. Young (Jay) had to discuss matters (of many listed herein such as leaving incomplete work assignments and forging maintenance logs) I asked Mr. Young (Jay), "Are you a racist?", and he suddenly started using cusswords, and got so revved up, to walked up to me face to face, with fists clenched. And I said to him, "So now you want to hit me too? Do it! You have been doing everything evil to anyway! Do it! He walked away pacing back and forth near the laundry area of Hotel. So I shook my head at him, and walked away. I immediately called Mrs. Clark, and she said "Good, he should've gotten in your face", and scolded me for confronting Mr. Young, as she stated, "You should've let me handle it". On July 24th 2019, Mrs. Clark had me follow Mr. Young (Jay) around to see what he was doing on a daily bases, to understand why he continues to leave incomplete work within hotel rooms, or not performing any work. After documenting his whereabouts with pictures takes as confirmation and sent to her, she still didn't fire Mr. Young, and allowed the adverse work conditions to remain status quo.

   I would never had been asked, if Mr. Young were racist, if #1. Mr. Young (Jay) wasn't allowed to return to the Hotel after his surgery. #2 if Mrs. Clark reprimanded Mr. Young for not fulfilling aspects of his contract, yet she compelled me to do his work and my own, without giving me equal and fair compensation. I was expected to go above and beyond, because I am a Black person, with little or no recognition. I only reacted based of the circumstances and pressure that Mrs. Clark and Mr. Young placed me under. I thought the behavior would improve, if I take pictures of before and after repairs, so she can see my work, and perhaps she would see that I am a valuable asset to the Hotel. But as months of discriminatory behavior continued, I began to fear of being terminated for not going above

and beyond Mrs. Clark's expectations, and also my family schedule made it difficult to quit and quickly secure a new maintenance position that allowed me to leave early on certain days to pick up my children from school, that she granted to me. So I continued to work under these abusive conditions, which had me taking headache medicines before arriving to work, due to the stress and level of abuse and felt that I was being treated unequal.

Mrs. Clark forgot that I reported to her that Mr. Young (Jay) was engaging in very offensive behavior, to say to me and other Black employees, "It was really horrible that your ancestors had dogs sicked on them, and water hoses sprayed on them, by evil Whites." He would say things like this randomly, and the subject of conversation had nothing to do with such mistreatment of Blacks in the 1960's. And each time he said such, it made everyone very uncomfortable. No known attempts were made by management to prohibit Mr. Young's (Jay's) offensive conduct. Mrs. Clark had knowledge, but allowed such abuse to continue.

Also Joseph Young (called Jay, a White person) is documented taking Hotel equipment from off property, and when I asked other employees, "What would happen if I took the machine from the property?", and all those employees said I would be terminated. Then I asked, "Because I'm a Black?, and every one shamefully shook their heads, Yes. I even asked for the same pay rate as Joseph Young (Jay), since Mrs. Clark knew that I was doing majority of his assigned work, and she declined to compensate me with equal pay.

2.   **Emotional Distress:** Mrs. Clark by obliging me to "take the higher road", caused me emotional distress, she would minimize my complaints, to coercing me to complete the assignments and work load that Mr. Young (Jay) would purposely leave for me to do, and therefore created tensions to arise against me and Mr. Young (Jay), and such was an open display of preferential treatment given to Mr. Young (Jay), and unfair treatment imposed upon me, without cause of provocation, other than me being Black male, and Jay being White male. Mrs. Clark did cause a hostile work environment, knowing of my complaints, received independent reports of unfinished worked left for me, and knowing that Mr. Young was not doing his job as contracted, and inflicted unfair treatment and abuse.

3.   **Harassment:** Joseph Young (Jay) would destroy and manufacture a new maintenance logs, with all my initials omitted, then he reported to Mrs. Clark that I was not performing certain aspects of the maintenance position. I was called into the office about to written up, until I furnished proof that I had in fact performed my duties. Mrs. Clark told me to take a pictures of the logs at the end of every month to cover myself, and still found it unnecessary to reprimand or even talk to Joseph Young (Jay) about forging such maintenance logs.

Mr. Young (Jay) made numerous false reports, hiding tools and parts for critical repairs to make completing jobs difficult, he also disregarded preventive maintenance schedule, and outright refused to make certain repairs, so that on my scheduled work days, I would have to catch up with his work, complete preventative maintenance assignments before

corporate visits, and had to complete my own assigned work at the same time, which was very exhausting. On August I brought these things to Mrs. Clark on several occasions, and her response was "You can't worry about what someone else is doing", "Sometimes we all have to swallow our pride and take the higher road", etc. Yet she never talked to Mr. Young about not doing his share of the maintenance duties and work load, so his abusive conduct was became a part of the work environment.

4. **Unfair Treatment:** As maintenance personnel, both Me and Joseph Young (Jay) are contracted to be "On Call 24/7/365" for emergencies and snow storms, yet Joseph Young (Jay), although living within 5 mins of the Hotel, would make himself not answer his phone, so all the on-call duties would be forced upon me, and I lived 45 mins away from Hotel, and during emergencies, Mrs. Clark would call me and mandate that I immediately come to Hotel and resolve situations. Also Mrs. Clark would impose certain menial tasks upon me, and excluded Joseph Young (Jay) from doing such tasks, and this was verbally expressed by her in front of certain Guest Service Representatives of the Hotel, which they stated that it wasn't right that I was held to a lower standard than Joseph Young (Jay). I was threatened with termination if I didn't do certain menial tasks, that Joseph Young was excluded from, and was abuse of authority.

5. **Wrongful Termination & Retaliation:** On or about August 2019, a few days after knowing my car was wrecked by a hit and run driving incident, Mrs. Clark used this incident to get rid of me, by posting my maintenance position on Indeed.com, without notifying me in writing (nor email) or any communications, in retaliation, and it's because I complained that I was being treated unfairly by being forced to do Joseph Young's (Jay's) work duties that he refused to do, and I complained of harassment by Joseph Young (Jay), and I feared I would lose my job, due to her threats of termination, because of several erroneous complaints and his manufacturing false maintenance logs to make it appear that I wasn't doing my contracted duties. It is therefore was wrong to terminate me, without notice, because I complained of harassment, unfair treatment, discrimination, etc.

## FEDERAL DEFINITIONS:

### Title VII of the Civil Rights Act.

Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000e and following) prohibits employers from discriminating against applicants and employees on the basis of race, color, religion, sex, and national origin (including membership in a Native American tribe). It also prohibits employers from retaliating against an applicant or employee who asserts his or her rights under the law.

Title VII prohibits discrimination in all terms, conditions, and privileges of employment, including hiring, firing, compensation, benefits, job assignments, promotions, and discipline. Title VII also prohibits practices that seem neutral but have a disproportionate impact on a protected group of